UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

DOYLE VELOY RHEINHART	CASE NUMBER:    09-15478
SSN: xxx-xx-6950	CHAPTER 13

CARLA DENISE RHEINHART
SSN: xxx-xx-4918

Debtors

---

## NOTICE TO CBT CREDIT C/O DAN SERBAN THAT $3,501.18 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice CBT Credit c/o Dan Serban, creditor herein, and deposits $3,501.18 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for CBT Credit c/o Dan Serban was:

    200 East Main Street
    Suite 1016
    Fort Wayne, IN 46802

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Not Deliverable as Addressed" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case is in the process of being closed;

5. Pursuant to 11 USC § 347(a) Trustee is required to stale date any payment that is outstanding 90 days after the final disbursement and pay those funds to Court;

6. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:      September 18, 2014

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574)-251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows;   September 18, 2014

By U.S. Mail postage prepaid

Debtors: Doyle & Carla Rheinhart, 117 ½ East North Street, Portland, IN 47371

Creditor:  CBT Credit c/o Dan Serban, 200 East Main Street, Suite 1016, Fort Wayne, IN 46802

By electronic mail via CM/ECF:
Debtors' Attorney: R. David Boyer
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee
Debra L. Miller